**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ARTHUR R. PEREZ,<br><br>                 Petitioner,<br><br>       v.<br><br>JOHN SALAZAR, Warden,<br><br>                 Respondent. | No. SA CV 09-466-GW (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Final Report and Recommendation filed herein and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1.     The Final Report and Recommendation is adopted.

2.     Respondent's Motion to Dismiss is granted.

3.     Judgment shall be entered consistent with this order.

4.     The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:  January 21, 2010

_George H. Wu_

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE