# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARTHUR R. PEREZ, | No. SA CV 09-466-GW (PLA) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOHN SALAZAR, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting the Magistrate Judge's Final Report and Recommendation, IT IS ADJUDGED that the First Amended Petition in this matter is denied and dismissed without prejudice.

DATED: January 22, 2010

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE